Edward Bender, by Frank Bender, appellee, v. Frank Klajda et al., appellants. Gen. No. 24,606.

Action to recover damages resulting from bite of dog. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed December 3, 1919. Certiorari denied by Supreme Court (making opinion final).

Edward H. Taylor, for appellants; Charles M. Haft, of counsel. Vincent G. Gallagher and Ernest Messner, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

The Baltimore and Ohio Chicago Terminal Railroad Company, appellee, v. W. J. Newman Company, appellant. Gen. No. 24,625.

Action to recover balance due as rent. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John R. Caverly, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed December 3, 1919.

Patrick T. Harrington and John S. Reynolds, for appellant. Henry D. Sheean, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

Frank T. Mead, plaintiff in error, v. Chicago Railways Company et al., trading as Chicago Surface Lines, defendants in error. Gen. No. 24,435.

Action to recover for personal injuries in collision between street car and automobile driven by plaintiff. Judgment for defendants. Error to the Superior Court of Cook county; the Hon. Martin M. Gridley, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed December 3, 1919.

Henry J. Toner and Charles P. Molthrop, for plaintiff in error; Charles P. Molthrop, of counsel. Charles Le Roy Brown, for defendants in error; John R. Guilliams and Joseph D. Ryan, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

---

Mildred M. Schwengel, administratrix of the estate of Rudolph Schwengel, deceased, appellant, v. Morris Hirsch, appellee. Gen. No. 24,566.

Action to recover damages for wrongful death by being struck by auto-truck in attempt to stop runaway horse. Judgment for defendant. Appeal from the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed December 3, 1919.

John A. Bloomingston, for appellant. Nathaniel A. Stern and Isaac E. Korn, for appellee; Cyrus Heren, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.